# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00471-CR

**Bryan Jarett Riepl, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2015-451, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due November 4, 2022. After this Court granted appellant's counsel two extensions of time to file her brief, appellant's brief was due February 3, 2023. To date, the brief has not been tendered for filing and is overdue. On February 21, 2023, this Court sent notice to appellant's counsel informing her that her brief was overdue and that a failure to file a satisfactory response by March 3, 2023, may result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, no response has been filed.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the

court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 7, 2023. *See id.* R. 38.8(b)(3).

It is so ordered March 8, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed:   March 8, 2023

Do Not Publish